UNITED STATES of America,
Plaintiff–Appellee,

v.

Terrence THOMAS, Defendant–
Appellant.

No. 02–7891.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 14, 2003.

Terrence Thomas, Appellant Pro Se. Lisa M. Turner, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Terrence Thomas seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and denying the motion for reconsideration. We have independently reviewed the record and conclude that Thomas has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*